# Exhibit 6

| USRE47642E1 | G-core Labs: Video Streaming platform (“The accused instrumentality”) |
|---|---|
| 22. A method of providing digital enabling information to a receiver station from a first remote source, said digital enabling information for use at the receiver station in decrypting a mass medium program presentation, said method comprising the steps of: | The accused instrumentality practices a method of providing digital enabling information (e.g., DRM license decryption key) to a receiver station (e.g., client device enabled with the accused instrumentality) from a first remote source (e.g., DRM server component), said digital enabling information (e.g., DRM license decryption key) for use at the receiver station (e.g., client device enabled with the accused instrumentality) in decrypting a mass medium program presentation (e.g., decrypting video).<br><br>As shown below, the accused instrumentality uses the EZDRM service for live and video-on-demand broadcasting on its client devices. EZDRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user. |

| | |
|---|---|
| |   https://gcore.com/streaming-platform |

| | |
|---|---|
| |  <br>https://gcore.com/streaming-platform<br><br> <br>https://gcore.com/streaming-platform |

<table>
<tr>
<td></td>
<td>


https://gcore.com/streaming-platform
</td>
</tr>
</table>

| | |
|---|---|
| |  <br>https://www.ezdrm.com/partner-listing |

| | |
|---|---|
| | as SSL. To address the specific needs of DRM, the decryption keys are delivered to client devices in the form of a communications object known as a DRM license, that incorporates key management that is specific to the video service and, at the highest level, to<br><br>**Q: What is delivered during a DRM license request?**<br><br>In a commercial video service, the video content itself is scrambled using one or more encryption keys (see FAQ<br><br>© 2020 EZDRM simplify@ezdrm.com \| www.ezdrm.com \| 1-888-636-9723 10<br><br>section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | • **Media playback:** As the manifest is read by the device, it sets in process the parallel operations of requesting the necessary segments of video and passing the key references to a local DRM client component. The DRM client then makes a request to a DRM service to retrieve a license object that contains the decryption keys. The DRM client applies the keys and the same algorithm used to scramble the video to make it playable on the screen of the device.<br><br>https://hs.ezdrm.com/hubfs/Files/2019%20DRM%20101.pdf |

| | |
|---|---|
| | In video streaming services, the protection of the content typically takes place in a workflow stage termed 'packaging.' The packaging term applies to a process where individual video segments within a stream are transformed from clear (as in unprotected) to a protected/encrypted form. The high-bandwidth process of video encryption is typically part of the video processing hardware or software, but the supporting DRM service provides the encryption key or keys that are used in this transformation. In fact there are two pieces of information provided by the DRM - the key value itself, and an identifier for the key value that is used in subsequent steps of the process.<br><br>The encryption process itself needs to follow some 'rules of the road' that have largely been thrashed out in standards bodies, including:<br><br>• The use of a specific cypher algorithm. For most purposes nowadays, the cypher used is known as AES-128 CBC (FAQ).<br>• How that cypher is applied to each video segment - essentially what information is encrypted and what is left in the clear.<br>• Where the key identifier is stored in the stream.<br>• What DRM technology or technologies can be used to 'unlock' the stream (FAQ).<br>• Where a consumer device should look to request the DRM unlocking details.<br><br>Once the stream has been protected, it is ready for distribution across the CDN/Internet. The key and key identifier pair used are maintained exclusively inside the DRM black box.<br><br>Before a stream can be consumed on any device, the playback process must access enough information to enable the video content to be deciphered. The information embedded in the stream is used to determine what kind of request can be used to fetch this information. The vital contact point is the DRM black box, and the basic steps required are:<br><br>• Matching the DRM technology available on the device to information embedded in the stream at packaging time.<br>• Resolving the key identifier for this stream.<br>• Using the devices DRM client software to format a request to the DRM black box to obtain a stream specific, device specific, and time specific license object.<br>• When the rules of the license object are satisfied, the hardware decryption logic of the device is primed with the decryption keys.<br>• The content can be played in the screen of the device via the hardware decryption logic.<br><br>Note that the requests to the DRM black box never resolve to the decryption keys themselves, but to a license that encapsulates those keys in a set of rules regarding how and when the stream can be viewed. One consequence of this is that the same rules can be applied whether the content is streamed in real-time to the device or whether it has been downloaded in advance.<br><br>https://www.ezdrm.com/what-is-digital-rights-management |

| | |
|---|---|
| | client devices. The client-side components of the DRM process support this goal, while acting to protect and/or enforce the business model behind the video service. The process begins, when a consumer uses a device app or a video web session to select a piece of content that they want to play. The request to access that set of video files kicks off a number of parallel processes. The first, most obvious process is that of streaming the video content itself. Because these files are relatively large, the initial download requires a little startup time. During this startup phase, the video player recognizes that the content is DRM protected and requests the device DRM implementation to obtain a required playback license, passing along the video asset identifier information, details of the device itself and any other required parameters. The DRM client then makes a secure request to the DRM server component to receive the appropriate license. Before responding to this request, the DRM server checks the rights that this consumer has for video content playback and, if satisfied, creates a DRM license object that's specific to this content, this request and the device that is requesting playback and delivers it to the consumer device. The client video player uses the license to play back the content for the end user.<br><br>**What exactly is a DRM license?**<br><br>In the body of the FAQs below, we try and explain the general technical nature of a DRM license, although the actual format is a highly proprietary secret in each of the major DRM systems in use. At the highest level, the process described above separates out the distinct concerns of delivering the video content itself from the communication and rights checks that simultaneously delivers the necessary decryption keys and the rules about playback constraints. The large and continuous stream of video content is delivered from one cloud resource, while the license that permits playback is requested and delivered by a separate, almost instant one-time transaction with the secure DRM service. To deliver service efficiency, the video content streamed to all devices is essentially identical, while the license required to view that content is created in real-time to be very specific to each playback request and the device that made it. [See later FAQ section on license technology].<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

<table>
<tr>
<td></td>
<td>

section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.

Without going too far into the details of video player logic, when a video player (web browser or app) attempts to render an encrypted video stream, the video player process recognizes the need for a license and requests it from the remote DRM service. This request can also contain client details, that can be used by the video service provider to authenticate the user and determine whether or not this client has the rights to play this content at this time. If the license request succeeds, the video plays.

**Q: How does DRMaaS pricing work?**

The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.

The DRMaaS system keeps track of the number of DRM licenses issued for content associated with a specific video service. In general, a DRM license is required, and is delivered, for each play of each piece of content on each individual consumption device. So, if "Game of Thrones" is watched on an iPad, a TV and a PC on a given day – this will require a distinct DRM license for each device. If content is viewed again the next day, a new DRM license will be required for each device.

https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf

</td>
</tr>
<tr>
<td>storing digital enabling information at said first remote source;</td>
<td>

The accused instrumentality practices storing digital enabling information (e.g., DRM license key) at said first remote source (e.g., DRM server component).

As shown below, the accused instrumentality uses the EZDRM service for live and video-on-demand broadcasting on its client devices. EZDRM provides digital content protection by encrypting the video content using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server.

</td>
</tr>
</table>

| | |
|---|---|
| |  |



https://gcore.com/streaming-platform

| | |
|---|---|
| | <br>https://www.ezdrm.com/partner-listing |

| | |
|---|---|
| | section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>Without going too far into the details of video player logic, when a video player (web browser or app) attempts to render an encrypted video stream, the video player process recognizes the need for a license and requests it from the remote DRM service. This request can also contain client details, that can be used by the video service provider to authenticate the user and determine whether or not this client has the rights to play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>The DRMaaS system keeps track of the number of DRM licenses issued for content associated with a specific video service. In general, a DRM license is required, and is delivered, for each play of each piece of content on each individual consumption device. So, if "Game of Thrones" is watched on an iPad, a TV and a PC on a given day – this will require a distinct DRM license for each device. If content is viewed again the next day, a new DRM license will be required for each device.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | client devices. The client-side components of the DRM process support this goal, while acting to protect and/or enforce the business model behind the video service. The process begins, when a consumer uses a device app or a video web session to select a piece of content that they want to play. The request to access that set of video files kicks off a number of parallel processes. The first, most obvious process is that of streaming the video content itself. Because these files are relatively large, the initial download requires a little startup time. During this startup phase, the video player recognizes that the content is DRM protected and requests the device DRM implementation to obtain a required playback license, passing along the video asset identifier information, details of the device itself and any other required param-eters. The DRM client then makes a secure request to the DRM server component to receive the appropriate license. Before responding to this request, the DRM server checks the rights that this consumer has for video content playback and, if satisfied, creates a DRM license object that's specific to this content, this request and the device that is requesting playback and delivers it to the consumer device. The client video player uses the license<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | as SSL. To address the specific needs of DRM, the decryption keys are delivered to client devices in the form of a communications object known as a DRM license, that incorporates key management that is specific to the video service and, at the highest level, to<br><br>**Q: What is delivered during a DRM license request?**<br><br>In a commercial video service, the video content itself is scrambled using one or more encryption keys (see FAQ<br><br>© 2020 EZDRM simplify@ezdrm.com \| www.ezdrm.com \| 1-888-636-9723 10<br><br>section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | In most streaming video workflows, the option to encrypt video is a processing step between the output of the video encoder and the input of the distribution platform. The operations that are often combined are segmentation of video streaming into delivery packets, running encryption over those packets and building of a manifest file that references both the packets and the identifiers necessary for video players to request a play-back license. The overall operation is often termed "packaging". When DRM is used, the actual key values are requested from the DRM service (which assures appropriate randomization etc.) and are paired with the content identifiers to be used to retrieve those keys at playback. Wherever the keys are generated, the storage of those keys is wholly trusted to the DRM service.<br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | In video streaming services, the protection of the content typically takes place in a workflow stage termed 'packaging.' The packaging term applies to a process where individual video segments within a stream are transformed from clear (as in unprotected) to a protected/encrypted form. The high-bandwidth process of video encryption is typically part of the video processing hardware or software, but the supporting DRM service provides the encryption key or keys that are used in this transformation. In fact there are two pieces of information provided by the DRM - the key value itself, and an identifier for the key value that is used in subsequent steps of the process.<br><br>The encryption process itself needs to follow some 'rules of the road' that have largely been thrashed out in standards bodies, including:<br><br>• The use of a specific cypher algorithm. For most purposes nowadays, the cypher used is known as AES-128 CBC (FAQ).<br>• How that cypher is applied to each video segment - essentially what information is encrypted and what is left in the clear.<br>• Where the key identifier is stored in the stream.<br>• What DRM technology or technologies can be used to 'unlock' the stream (FAQ).<br>• Where a consumer device should look to request the DRM unlocking details.<br><br>Once the stream has been protected, it is ready for distribution across the CDN/Internet. The key and key identifier pair used are maintained exclusively inside the DRM black box.<br><br>Before a stream can be consumed on any device, the playback process must access enough information to enable the video content to be deciphered. The information embedded in the stream is used to determine what kind of request can be used to fetch this information. The vital contact point is the DRM black box, and the basic steps required are:<br><br>• Matching the DRM technology available on the device to information embedded in the stream at packaging time.<br>• Resolving the key identifier for this stream.<br>• Using the devices DRM client software to format a request to the DRM black box to obtain a stream specific, device specific, and time specific license object.<br>• When the rules of the license object are satisfied, the hardware decryption logic of the device is primed with the decryption keys.<br>• The content can be played in the screen of the device via the hardware decryption logic.<br><br>Note that the requests to the DRM black box never resolve to the decryption keys themselves, but to a license that encapsulates those keys in a set of rules regarding how and when the stream can be viewed. One consequence of this is that the same rules can be applied whether the content is streamed in real-time to the device or whether it has been downloaded in advance.<br><br>https://www.ezdrm.com/what-is-digital-rights-management<br><br>• **Media playback:** As the manifest is read by the device, it sets in process the parallel operations of requesting the necessary segments of video and passing the key references to a local DRM client component. The DRM client then makes a request to a DRM service to retrieve a license object that contains the decryption keys. The DRM client applies the keys and the same algorithm used to scramble the video to make it playable on the screen of the device.<br><br>https://hs.ezdrm.com/hubfs/Files/2019%20DRM%20101.pdf |
| receiving at said first | The accused instrumentality practices receiving at said first remote source (e.g., DRM |

| | |
|---|---|
| remote source a query from said receiver station; | server component) a query (e.g., a license request to retrieve DRM license decryption key) from said receiver station (e.g., client device enabled with the accused instrumentality).<br><br>As shown below, the accused instrumentality uses the EZDRM service for live and video-on-demand broadcasting on its client devices. EZDRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. |




https://gcore.com/streaming-platform

| | |
|---|---|
| | <br>https://www.ezdrm.com/partner-listing |

| | |
|---|---|
| | section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>Without going too far into the details of video player logic, when a video player (web browser or app) attempts to render an encrypted video stream, the video player process recognizes the need for a license and requests it from the remote DRM service. This request can also contain client details, that can be used by the video service provider to authenticate the user and determine whether or not this client has the rights to play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>The DRMaaS system keeps track of the number of DRM licenses issued for content associated with a specific video service. In general, a DRM license is required, and is delivered, for each play of each piece of content on each individual consumption device. So, if "Game of Thrones" is watched on an iPad, a TV and a PC on a given day – this will require a distinct DRM license for each device. If content is viewed again the next day, a new DRM license will be required for each device.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | as SSL. To address the specific needs of DRM, the decryption keys are delivered to client devices in the form of a communications object known as a DRM license, that incorporates key management that is specific to the video service and, at the highest level, to<br><br>**Q: What is delivered during a DRM license request?**<br><br>In a commercial video service, the video content itself is scrambled using one or more encryption keys (see FAQ<br><br>© 2020 EZDRM simplify@ezdrm.com \| www.ezdrm.com \| 1-888-636-9723 10<br><br>section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | client devices. The client-side components of the DRM process support this goal, while acting to protect and/or enforce the business model behind the video service. The process begins, when a consumer uses a device app or a video web session to select a piece of content that they want to play. The request to access that set of video files kicks off a number of parallel processes. The first, most obvious process is that of streaming the video content itself. Because these files are relatively large, the initial download requires a little startup time. During this startup phase, the video player recognizes that the content is DRM protected and requests the device DRM implementation to obtain a required playback license, passing along the video asset identifier information, details of the device itself and any other required parameters. The DRM client then makes a secure request to the DRM server component to receive the appropriate license. Before responding to this request, the DRM server checks the rights that this consumer has for video content playback and, if satisfied, creates a DRM license object that's specific to this content, this request and the device that is requesting playback and delivers it to the consumer device. The client video player uses the license<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | In video streaming services, the protection of the content typically takes place in a workflow stage termed 'packaging.' The packaging term applies to a process where individual video segments within a stream are transformed from clear (as in unprotected) to a protected/encrypted form. The high-bandwidth process of video encryption is typically part of the video processing hardware or software, but the supporting DRM service provides the encryption key or keys that are used in this transformation. In fact there are two pieces of information provided by the DRM - the key value itself, and an identifier for the key value that is used in subsequent steps of the process.<br><br>The encryption process itself needs to follow some 'rules of the road' that have largely been thrashed out in standards bodies, including:<br><br>• The use of a specific cypher algorithm. For most purposes nowadays, the cypher used is known as AES-128 CBC (FAQ).<br>• How that cypher is applied to each video segment - essentially what information is encrypted and what is left in the clear.<br>• Where the key identifier is stored in the stream.<br>• What DRM technology or technologies can be used to 'unlock' the stream (FAQ).<br>• Where a consumer device should look to request the DRM unlocking details.<br><br>Once the stream has been protected, it is ready for distribution across the CDN/Internet. The key and key identifier pair used are maintained exclusively inside the DRM black box.<br><br>Before a stream can be consumed on any device, the playback process must access enough information to enable the video content to be deciphered. The information embedded in the stream is used to determine what kind of request can be used to fetch this information. The vital contact point is the DRM black box, and the basic steps required are:<br><br>• Matching the DRM technology available on the device to information embedded in the stream at packaging time.<br>• Resolving the key identifier for this stream.<br>• Using the devices DRM client software to format a request to the DRM black box to obtain a stream specific, device specific, and time specific license object.<br>• When the rules of the license object are satisfied, the hardware decryption logic of the device is primed with the decryption keys.<br>• The content can be played in the screen of the device via the hardware decryption logic.<br><br>Note that the requests to the DRM black box never resolve to the decryption keys themselves, but to a license that encapsulates those keys in a set of rules regarding how and when the stream can be viewed. One consequence of this is that the same rules can be applied whether the content is streamed in real-time to the device or whether it has been downloaded in advance.<br><br>https://www.ezdrm.com/what-is-digital-rights-management<br><br>• **Media playback:** As the manifest is read by the device, it sets in process the parallel operations of requesting the necessary segments of video and passing the key references to a local DRM client component. The DRM client then makes a request to a DRM service to retrieve a license object that contains the decryption keys. The DRM client applies the keys and the same algorithm used to scramble the video to make it playable on the screen of the device.<br><br>https://hs.ezdrm.com/hubfs/Files/2019%20DRM%20101.pdf |
| transmitting said digital | The accused instrumentality practices transmitting (e.g., sending) said digital enabling |

| | |
|---|---|
| enabling information which is effective to enable decryption from said first remote source to said receiver station in response to said step of receiving said query, said receiver station storing at least some of said transmitted enabling information; | information (e.g., DRM license decryption key) which is effective to enable decryption (e.g., decrypting video) from said first remote source (e.g., DRM server component) to said receiver station (e.g., client device enabled with the accused instrumentality) in response to said step of receiving said query (e.g., a request to retrieve DRM license decryption key), said receiver station (e.g., client device enabled with the accused instrumentality) storing at least some of said transmitted enabling information (e.g., keys, licenses, etc.).<br><br>As shown below, the accused instrumentality uses the EZDRM service for live and video-on-demand broadcasting on its client devices. EZDRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user. |

| | |
|---|---|
| |  <br>https://gcore.com/streaming-platform |

| | |
|---|---|
| | <br>https://www.ezdrm.com/partner-listing |

| | |
|---|---|
| | section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>Without going too far into the details of video player logic, when a video player (web browser or app) attempts to render an encrypted video stream, the video player process recognizes the need for a license and requests it from the remote DRM service. This request can also contain client details, that can be used by the video service provider to authenticate the user and determine whether or not this client has the rights to play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>The DRMaaS system keeps track of the number of DRM licenses issued for content associated with a specific video service. In general, a DRM license is required, and is delivered, for each play of each piece of content on each individual consumption device. So, if "Game of Thrones" is watched on an iPad, a TV and a PC on a given day – this will require a distinct DRM license for each device. If content is viewed again the next day, a new DRM license will be required for each device.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | as SSL. To address the specific needs of DRM, the decryption keys are delivered to client devices in the form of a communications object known as a DRM license, that incorporates key management that is specific to the video service and, at the highest level, to<br><br>**Q: What is delivered during a DRM license request?**<br><br>In a commercial video service, the video content itself is scrambled using one or more encryption keys (see FAQ<br><br>© 2020 EZDRM simplify@ezdrm.com \| www.ezdrm.com \| 1-888-636-9723 10<br><br>section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | In most streaming video workflows, the option to encrypt video is a processing step between the output of the video encoder and the input of the distribution platform. The operations that are often combined are segmentation of video streaming into delivery packets, running encryption over those packets and building of a manifest file that references both the packets and the identifiers necessary for video players to request a play-back license. The overall operation is often termed "packaging". When DRM is used, the actual key values are requested from the DRM service (which assures appropriate randomization etc.) and are paired with the content identifiers to be used to retrieve those keys at playback. Wherever the keys are generated, the storage of those keys is wholly trusted to the DRM service.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | client devices. The client-side components of the DRM process support this goal, while acting to protect and/or enforce the business model behind the video service. The process begins, when a consumer uses a device app or a video web session to select a piece of content that they want to play. The request to access that set of video files kicks off a number of parallel processes. The first, most obvious process is that of streaming the video content itself. Because these files are relatively large, the initial download requires a little startup time. During this startup phase, the video player recognizes that the content is DRM protected and requests the device DRM implementation to obtain a required playback license, passing along the video asset identifier information, details of the device itself and any other required parameters. The DRM client then makes a secure request to the DRM server component to receive the appropriate license. Before responding to this request, the DRM server checks the rights that this consumer has for video content playback and, if satisfied, creates a DRM license object that's specific to this content, this request and the device that is requesting playback and delivers it to the consumer device. The client video player uses the license<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

- **Media playback:** As the manifest is read by the device, it sets in process the parallel operations of requesting the necessary segments of video and passing the key references to a local DRM client component. The DRM client then makes a request to a DRM service to retrieve a license object that contains the decryption keys. The DRM client applies the keys and the same algorithm used to scramble the video to make it playable on the screen of the device.

https://hs.ezdrm.com/hubfs/Files/2019%20DRM%20101.pdf

In video streaming services, the protection of the content typically takes place in a workflow stage termed 'packaging.' The packaging term applies to a process where individual video segments within a stream are transformed from clear (as in unprotected) to a protected/encrypted form. The high-bandwidth process of video encryption is typically part of the video processing hardware or software, but the supporting DRM service provides the encryption key or keys that are used in this transformation. In fact there are two pieces of information provided by the DRM - the key value itself, and an identifier for the key value that is used in subsequent steps of the process.

The encryption process itself needs to follow some 'rules of the road' that have largely been thrashed out in standards bodies, including:

- The use of a specific cypher algorithm. For most purposes nowadays, the cypher used is known as AES-128 CBC (FAQ).
- How that cypher is applied to each video segment - essentially what information is encrypted and what is left in the clear.
- Where the key identifier is stored in the stream.
- What DRM technology or technologies can be used to 'unlock' the stream (FAQ).
- Where a consumer device should look to request the DRM unlocking details.

Once the stream has been protected, it is ready for distribution across the CDN/Internet. The key and key identifier pair used are maintained exclusively inside the DRM black box.

Before a stream can be consumed on any device, the playback process must access enough information to enable the video content to be deciphered. The information embedded in the stream is used to determine what kind of request can be used to fetch this information. The vital contact point is the DRM black box, and the basic steps required are:

- Matching the DRM technology available on the device to information embedded in the stream at packaging time.
- Resolving the key identifier for this stream.
- Using the devices DRM client software to format a request to the DRM black box to obtain a stream specific, device specific, and time specific license object.
- When the rules of the license object are satisfied, the hardware decryption logic of the device is primed with the decryption keys.
- The content can be played in the screen of the device via the hardware decryption logic.

Note that the requests to the DRM black box never resolve to the decryption keys themselves, but to a license that encapsulates those keys in a set of rules regarding how and when the stream can be viewed. One consequence of this is that the same rules can be applied whether the content is streamed in real-time to the device or whether it has been downloaded in advance.

https://www.ezdrm.com/what-is-digital-rights-management

EZDRM

Proc

**Transient or Persistent licenses?**

Generally, non-persistent licenses are used for immediate playback of content and can also be thought of as "in-memory" licenses. Non-persistent licenses are intended to last for only as long as the current consumption session, or a single playback.

Persistent licenses can be stored in non-volatile memory on a client device after they are received and are used for any playback session until time-based rights restriction embedded in the license is reached. For example, a persistent license can be used to play back downloaded content while the device is offline. Enforcing protection mechanisms in these scenarios require a local trusted reference for time.

https://www.ezdrm.com/new-industry-faq

The `createSession` method takes a parameter that will tell if the current session of deciphering would be temporary or persistent. Indeed, some licenses distributed by the server could contain persistent keys that the CDM can reuse for later usage. The CDM store those reusable keys in safe local storage on the machine. However, this feature requires a higher level of

https://medium.com/@RossetPaul/encrypted-media-extension-eme-api-watching-protected-video-content-on-the-web-1ac7b175c92d

| | |
|---|---|
| transmitting from a second remote source to said receiver station an encrypted digital mass medium presentation signal which is decrypted on the basis of said stored at least some of said digital enabling information to present said mass medium programming presentation. | The accused instrumentality practices transmitting (e.g., sending) from a second remote source (e.g., content providers, etc.) to said receiver station (e.g., client device enabled with the accused instrumentality) an encrypted digital mass medium presentation signal (e.g., encrypted video) which is decrypted on the basis of said stored at least some of said digital enabling information (e.g., DRM license decryption key) to present said mass medium programming presentation (e.g., displaying and playing the video on the client device).<br><br>As shown below, the accused instrumentality uses the EZDRM service for live and video-on-demand broadcasting on its client devices. EZDRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user. |

| | |
|---|---|
| |  <br>[https://gcore.com/streaming-platform](https://gcore.com/streaming-platform) |




https://www.ezdrm.com/partner-listing

| | |
|---|---|
| | as SSL. To address the specific needs of DRM, the decryption keys are delivered to client devices in the form of a communications object known as a DRM license, that incorporates key management that is specific to the video service and, at the highest level, to<br>**Q: What is delivered during a DRM license request?**<br>In a commercial video service, the video content itself is scrambled using one or more encryption keys (see FAQ<br>© 2020 EZDRM simplify@ezdrm.com \| www.ezdrm.com \| 1-888-636-9723 10<br>section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br>play this content at this time. If the license request succeeds, the video plays.<br>**Q: How does DRMaaS pricing work?**<br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | • **Media playback:** As the manifest is read by the device, it sets in process the parallel operations of requesting the necessary segments of video and passing the key references to a local DRM client component. The DRM client then makes a request to a DRM service to retrieve a license object that contains the decryption keys. The DRM client applies the keys and the same algorithm used to scramble the video to make it playable on the screen of the device.<br>https://hs.ezdrm.com/hubfs/Files/2019%20DRM%20101.pdf |

| | |
|---|---|
| | In video streaming services, the protection of the content typically takes place in a workflow stage termed 'packaging.' The packaging term applies to a process where individual video segments within a stream are transformed from clear (as in unprotected) to a protected/encrypted form. The high-bandwidth process of video encryption is typically part of the video processing hardware or software, but the supporting DRM service provides the encryption key or keys that are used in this transformation. In fact there are two pieces of information provided by the DRM - the key value itself, and an identifier for the key value that is used in subsequent steps of the process.<br><br>The encryption process itself needs to follow some 'rules of the road' that have largely been thrashed out in standards bodies, including:<br><br>• The use of a specific cypher algorithm. For most purposes nowadays, the cypher used is known as AES-128 CBC (FAQ).<br>• How that cypher is applied to each video segment - essentially what information is encrypted and what is left in the clear.<br>• Where the key identifier is stored in the stream.<br>• What DRM technology or technologies can be used to 'unlock' the stream (FAQ).<br>• Where a consumer device should look to request the DRM unlocking details.<br><br>Once the stream has been protected, it is ready for distribution across the CDN/Internet. The key and key identifier pair used are maintained exclusively inside the DRM black box.<br><br>Before a stream can be consumed on any device, the playback process must access enough information to enable the video content to be deciphered. The information embedded in the stream is used to determine what kind of request can be used to fetch this information. The vital contact point is the DRM black box, and the basic steps required are:<br><br>• Matching the DRM technology available on the device to information embedded in the stream at packaging time.<br>• Resolving the key identifier for this stream.<br>• Using the devices DRM client software to format a request to the DRM black box to obtain a stream specific, device specific, and time specific license object.<br>• When the rules of the license object are satisfied, the hardware decryption logic of the device is primed with the decryption keys.<br>• The content can be played in the screen of the device via the hardware decryption logic.<br><br>Note that the requests to the DRM black box never resolve to the decryption keys themselves, but to a license that encapsulates those keys in a set of rules regarding how and when the stream can be viewed. One consequence of this is that the same rules can be applied whether the content is streamed in real-time to the device or whether it has been downloaded in advance.<br><br>https://www.ezdrm.com/what-is-digital-rights-management |

| | |
|---|---|
| | client devices. The client-side components of the DRM process support this goal, while acting to protect and/or enforce the business model behind the video service. The process begins, when a consumer uses a device app or a video web session to select a piece of content that they want to play. The request to access that set of video files kicks off a number of parallel processes. The first, most obvious process is that of streaming the video content itself. Because these files are relatively large, the initial download requires a little startup time. During this startup phase, the video player recognizes that the content is DRM protected and requests the device DRM implementation to obtain a required playback license, passing along the video asset identifier information, details of the device itself and any other required parameters. The DRM client then makes a secure request to the DRM server component to receive the appropriate license. Before responding to this request, the DRM server checks the rights that this consumer has for video content playback and, if satisfied, creates a DRM license object that's specific to this content, this request and the device that is requesting playback and delivers it to the consumer device. The client video player uses the license to play back the content for the end user.<br><br>**What exactly is a DRM license?**<br><br>In the body of the FAQs below, we try and explain the general technical nature of a DRM license, although the actual format is a highly proprietary secret in each of the major DRM systems in use. At the highest level, the process described above separates out the distinct concerns of delivering the video content itself from the communication and rights checks that simultaneously delivers the necessary decryption keys and the rules about playback constraints. The large and continuous stream of video content is delivered from one cloud resource, while the license that permits playback is requested and delivered by a separate, almost instant one-time transaction with the secure DRM service. To deliver service efficiency, the video content streamed to all devices is essentially identical, while the license required to view that content is created in real-time to be very specific to each playback request and the device that made it. [See later FAQ section on license technology].<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |

| | |
|---|---|
| | section on video encryption), which are stored separately from the encrypted video within the DRM service database. However, the encrypted video content must contain a cleartext identifier of the DRM system or systems, where the key can be obtained (typically a URL), together with an identifier (often numerical), that can be used to select the right key from the database maintained by that DRM system.<br><br>Without going too far into the details of video player logic, when a video player (web browser or app) attempts to render an encrypted video stream, the video player process recognizes the need for a license and requests it from the remote DRM service. This request can also contain client details, that can be used by the video service provider to authenticate the user and determine whether or not this client has the rights to play this content at this time. If the license request succeeds, the video plays.<br><br>**Q: How does DRMaaS pricing work?**<br><br>The pricing approach of DRM services is designed to be straightforward and transparent. It also helps that the costs of security are intended to scale very gradually with the size of the underlying video service business.<br><br>The DRMaaS system keeps track of the number of DRM licenses issued for content associated with a specific video service. In general, a DRM license is required, and is delivered, for each play of each piece of content on each individual consumption device. So, if "Game of Thrones" is watched on an iPad, a TV and a PC on a given day – this will require a distinct DRM license for each device. If content is viewed again the next day, a new DRM license will be required for each device.<br><br>https://hs.ezdrm.com/hubfs/Files/Rube%20FAQ-v1.1-final.pdf |